1  Abran E. Vigil
   Nevada Bar No. 7548
2  Matthew D. Lamb
   Nevada Bar No. 12991
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  lambm@ballardspahr.com

7  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, a Nevada nonprofit corporation;<br><br>Defendants. | Case No. 2:17-cv-00604-RFB-VCF<br><br>**STIPULATION AND ORDER REGARDING DEMAND FOR SECURITY OF COSTS** |

Plaintiff Capital One, National Association ("Capital One") and defendant SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, hereby stipulate to the entry of an order for the deposit of security of costs. On May 23, 2017, SFR filed and served a Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 12). Capital One and SFR now stipulate to an order permitting the deposit by Capital One of a check for $500.00 with the Clerk of the Court. Capital One and SFR further stipulate that, pursuant to NRS 18.130, SFR shall answer or

///

///

DMWEST #16724307 v1

otherwise respond to the Complaint within ten days of notice that the funds have been deposited with the Court.

Dated: June 16, 2017.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Matthew D. Lamb<br>  Abran E. Vigil<br>  Nevada Bar No. 7548<br>  Matthew D. Lamb<br>  Nevada Bar No. 12991<br>  100 North City Parkway, Suite 1750<br>  Las Vegas, Nevada 89106<br><br>ATTORNEYS FOR PLAINTIFF CAPITAL ONE, NATIONAL ASSOCIATION | By: /s/ Diana Cline Ebron<br>  Diana Cline Ebron<br>  Nevada Bar No. 10580<br>  Jacqueline Gilbert<br>  Nevada Bar No. 10593<br>  Karen L. Hanks<br>  Nevada Bar No. 9578<br>  7625 Dean Martin Drive, Suite 110<br>  Las Vegas, Nevada 89139<br><br>ATTORNEYS FOR DEFENDANT SFR INVESTMENTS POOL 1, LLC |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-19-2017

DMWEST #16724307 v1

# CERTIFICATE OF SERVICE

I certify that on June 16, 2017, I electronically filed the foregoing **Stipulation and Order Regarding Demand for Security of Costs**. The following parties will be served electronically:

Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
KIM GILBERT EBRON

*Attorneys for Defendant SFR Investments Pool 1, LLC*

I further certify that on June 16, 2017, I served a copy of the foregoing document to the following via U.S. Mail:

Anthem Country Club Community Association, Inc.
c/o FirstService Residential, Nevada, LLC, Registered Agent
8290 Arville Street
Las Vegas, NV 89139

/s/ Sarah Walton
An Employee of Ballard Spahr LLP

DMWEST #16724307 v1