LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com
Attorneys for Defendant Anthem Country Club Community Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, a Nevada nonprofit corporation,<br><br>Defendants. | CASE NO.: 2:17-cv-00604<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION'S RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION shall have through and including **July 20, 2017**, within which to file and serve a response to Plaintiff's Complaint.

This is the first extension from the original due date and the parties' first request for an extension.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that counsel for ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION requires more time to evaluate and to respond to CAPITAL ONE, NATIONAL ASSOCIATION'S Complaint. The parties have entered into the agreement in good faith and not for

1  purposes of delay. This is the parties' way of accommodating one another given the
2  overall increase in litigation in this area of law.

3  Dated this 13th day of July, 2017.                Dated this 13th day of July, 2017

4  BALLARD SPAHR, LLP                                LIPSON, NEILSON, COLE SELTZER &
5                                                    GARIN, P.C.

6  By:/s/ Matthew D. Lamb                            By: /s/ Julie A. Funai
   Abran E. Vigil, Esq. (Bar No. 7548)               J. WILLIAM EBERT, ESQ.(Bar No. 2697)
7  Matthew D. Lamb, Esq. (Bar No. 12991)             JULIE A. FUNAI, ESQ. (Bar No. 8725)
   100 N. City Parkway Suite 1750                    9900 Covington Cross Drive, Suite 120
8  Las Vegas, NV 89106                               Las Vegas, NV 89144
   702-471-7000                                      *Attorneys for Defendant ANTHEM*
9  *Attorneys for Plaintiff CAPITAL ONE,*            *COUNTRY CLUB COMMUNITY*
10 *NATIONAL ASSOCIATION'S*
   *ASSOCIATION*
11

12 Dated this 13th day of July, 2017.

13 KIM GILBERT EBRON

14 By: /s/ Diana Cline Ebron
   Diana Cline Ebron, Esq. (Bar No. 10580)
15 Jacqueline A. Gilbert, Esq. (Bar No. 10593)
   Karen L. Hanks, Esq. (Bar No. 9578)
16 7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89139
17 702-485-3300
   *Attorneys for SFR Investments Pool 1, LLC*
18

19

20

21

22

23

24

25

26

27

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

CASE NO.: 2:17-cv-00604-RFB-VCF
*Capital One National Association v. Anthem Country Club Community Association*
**Stipulation & Order to Extend Time for Anthem Country Club Community Association to File a Response to Complaint**

## ORDER

IT IS SO ORDERED.

DATED this <u>14th</u> of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Julie A. Funai*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant* ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2017, service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION'S RESPONSE TO COMPLAINT** was made via electronic submission using the CM/ECF system for filing and transmittal to the following registrants which served the following parties electronically:

Abran E. Vigil
Matthew D. Lamb
BALLARD SPAHR
100 North City Parkway, Suite 1750
Las Vegas, NV  89106
702-471-7000
*Attorneys for Capital One*

Diana Cline Ebron, Esq. (Bar No. 10580)
Jacqueline A. Gilbert, Esq. (Bar No. 10593)
Karen L. Hanks, Esq. (Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
702-485-3300
*Attorneys for SFR Investments Pool 1, LLC*

/s/ *Debra Marquez*
_____
Employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.