Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant Capital One, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, a Nevada nonprofit corporation;<br><br>Defendants. | Case No. 2:17-cv-00604-RFB-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR CAPITAL ONE, NATIONAL ASSOCIATION TO RESPOND TO COUNTERCLAIM**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant/Cross-Claimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; LEON BENZER, an individual; UNITED STATES OF AMERICA;<br><br>Counter-Defendants/Cross-Defendants. | |

Capital One, National Association ("Capital One"); SFR Investments Pool 1, LLC ("SFR"); and Anthem Country Club Community Association ("Anthem") request an extension of the time for Capital One to respond to SFR's counterclaim (ECF No. 18) from July 17, 2017 to July 31, 2017. The Capital One employee primarily responsible for managing this case has been away from the office and unable to review Capital One's response. This is the first request for an extension.

Dated: July 17, 2017.

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
  Abran E. Vigil
  Nevada Bar No. 7548
  Matthew D. Lamb
  Nevada Bar No. 12991
  100 North City Parkway, Ste. 1750
  Las Vegas, Nevada 89106

ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION

KIM GILBERT EBRON

By: /s/ Diana Cline Ebron
  Diana Cline Ebron
  Nevada Bar No. 10580
  Jacqueline Gilbert
  Nevada Bar No. 10593
  Karen L. Hanks
  Nevada Bar No. 9578
  7625 Dean Martin Drive, Ste. 110
  Las Vegas, Nevada 89139

ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Julie A. Funai
  J. William Ebert
  Nevada Bar No. 2697
  Julie A. Funai
  Nevada Bar No. 8725
  9900 Covington Cross Drive, Ste. 120
  Las Vegas, Nevada 89144

ATTORNEYS FOR ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-31-2017

2

DMWEST #16811838 v1

# CERTIFICATE OF SERVICE

I certify that on July 17, 2017, I electronically filed the foregoing **Joint Motion to Extend Deadline for Capital One, National Association to Respond to Counterclaim**. The following parties will be served electronically:

Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
KIM GILBERT EBRON

*Counsel for Defendant/Counter-Claimant SFR Investments Pool 1, LLC*

Julie A. Funai, Esq.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*Counsel for Defendant Anthem Country Club Community Association*

I further certify that on July 17, 2017, I served a copy of the foregoing document to the following parties via U.S. Mail:

Leon Benzer
FCI Big Spring
1900 Simler Ave
Big Spring, TX 79720

*Counter-Defendant*

E. Carmen Ramirez
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Counsel for Counter-Defendant United States of America*

/s/ Sarah H. Walton
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #16811838 v1