# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CAPITAL ONE, NATIONAL ASSOCIATION,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

Defendants.

2:17-cv-00604-RFB-VCF

Consolidated with

2:17-cv-00916-KJD-VCF

**ORDER**

      The Court has reviewed the Notice Regarding Outstanding Motion to Amend in *United States v. Benzer, et al.* (ECF No. 59). This is consolidated case between 2:17-00604-RFB-VCF and 2:17-cv-00916-KJD-VCF.

      On November 6, 2017, in case number 2:17-cv-00916-RFB-VCF, the United States filed the Motion for Leave to Amend the Complaint (ECF No. 23) and Motion to Extend Time and to File Response to Counterclaim (ECF No. 24). On November 7, 2017, the court consolidated both cases. (ECF No. 28 in 2:17-cv-00916). The lower case number became the lead case. Since 2:17-cv-00916-RFB-VCF became the member case, the system somehow removed these motions from Chamber's motion's report, which is used to track all pending motions.

      Accordingly,

      IT IS HEREBY ORDERED that a hearing on the United States' Motion for Leave to Amend the Complaint (ECF No. 23) and Motion to Extend Time and to File Response to Counterclaim (ECF No. 24) is scheduled for 11:00 AM, January 23, 2018, in Courtroom 3D. Any opposition to the United States' Motion for Leave to Amend the Complaint (ECF No. 23) and Motion to Extend Time and to File Response

to Counterclaim (ECF No. 24) must be filed on or before January 12, 2018 and any replies due by January 17, 2018.

IT IS SO ORDERED.

DATED this 3rd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE