# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CAPITAL ONE, NATIONAL ASSOCIATION,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

Defendants.

2:17-cv-00604-RFB-VCF

Consolidated with

2:17-cv-00916-KJD-VCF

**ORDER**

Before the Court are the Motion for Leave to Amend the Complaint (ECF No. 23) and Motion to Extend Time and to File Response to Counterclaim (ECF No. 24) filed in 2:17-cv-00916-KJD-VCF. Oppositions were due by January 12, 2018.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. To date, no opposition has been filed. Here, it would seem as though the parties have consented the granting of the instant motions.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion for Leave to Amend the Complaint (ECF No. 23) and Motion to Extend Time and to File Response to Counterclaim (ECF No. 24) are GRANTED.

The Amended Complaint and Response to the Counterclaim must be filed on or before January 24, 2018.

The hearing scheduled for January 23, 2018 at 11:00 AM is VACATED.

1  IT IS FURTHER ORDERED that the Motion for Leave to Appear Telephonically (ECF No. 62)
2 is DENIED as MOOT.
3  IT IS SO ORDERED.
4  DATED this 16th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE