1 | ROBERT E. ZUCKERMAN
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: (202) 307-6484 (Lowe)
   (202) 616-2885 (Ramirez)
F: (202) 307-0054
Virginiacronan.lowe@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov

*Of Counsel*
DAYLE ELIESON
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>    Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counterclaimant/Crossclaimant,<br><br>    v.<br><br>CAPITAL ONE, NATIONAL | Case No. 2:17-cv-00604-RFB-VCF<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-CWH<br><br>**REQUEST TO WITHDRAW UNITED STATES' MOTION FOR STAY OF DISCOVERY FOR DURATION OF LAPSE OF APPROPRIATIONS (ECF No. 73)** |

1

ASSOCIATION, a national banking )
Association; LEON BENZER, an individual; )
UNITED STATES OF AMERICA )
                                        )
           Cross-Defendants, )
           Counter-Defendants. )
                                        )
                                        )
_____)


UNITED STATES OF AMERICA, )
                                        )
           Plaintiff, )
                                        )
           v. )
                                        )
LEON BENZER; )
SFR INVESTMENTS POOL 1, LLC; )
CAPITAL ONE, N.A., )
ANTHEM COUNTRY CLUB )
COMMUNITY ASSOCIATION; )
STAR INSURANCE COMPANY; )
AMERICAN EXPRESS BANK FSB; and )
REPUBLIC SILVER STATE DISPOSAL INC.,)
                                        )
           Defendants. )
_____)
                                        )
CAPITAL ONE, NATIONAL ASSOCIATION )
a national banking association, )
                                        )
   Counter-Claimant/Cross-Claimant, )
                                        )
           v. )
                                        )
UNITED STATES OF AMERICA; )
LEON BENZER, an individual; )
SFR INVESTMENTS POOL 1, LLC, )
a Nevada limited liability company; and )
ANTHEM COUNTRY CLUB )
ASSOCIATION, a Nevada corporation, )
. )
   Counter-Defendant/Cross-Defendants. )
_____)

The United States of America had previously moved to stay all discovery deadlines in this matter due to the recent lapse in appropriations to the Department of Justice. (*See* ECF No. 73). Appropriations have now been made, so the United States respectfully seeks to withdraw the motion.

DATED this 23rd day of January, 2018.

/s/E. Carmen Ramirez

ROBERT E. ZUCKERMAN
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: (202) 307-6484 (Lowe)
   (202) 616-2885 (Ramirez)
F: (202) 307-0054
Virginiacronan.lowe@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov

*Of Counsel*

DAYLE ELIESON
United States Attorney

*Attorneys for the United States of America*

IT IS SO ORDERED:

_____
~~United States District Judge *or*~~
United States Magistrate Judge

Dated this 25th of January, 2018.

3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made January 23, 2018, via the Court's ECF system to all current parties who have appeared electronically. Service is made on defendant Leon Benzer by U.S. Mail at the following address:

>Leon Benzer- 47521-048
>FCI Big Spring
>Federal Correctional Institution
>1900 Simler Ave
>Big Spring, TX 79720

>*/s/ E. Carmen Ramirez*
>E. Carmen Ramirez