1  Abran E. Vigil
   Nevada Bar No. 7548
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
4  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
5
   Matthew D. Lamb
6  Nevada Bar No. 12991
   BALLARD SPAHR LLP
7  1909 K Street NW, 12th Floor
   Washington, D.C. 20006
8  Telephone: (202) 661-2200
   Facsimile: (202) 661-2299
9  lambm@ballardspahr.com

10 *Attorneys for Capital One, National Association*

11

12                UNITED STATES DISTRICT COURT

13                     DISTRICT OF NEVADA

14 CAPITAL ONE, NATIONAL
   ASSOCIATION,                          Case No. 2:17-cv-00604-RFB-VCF
15
          Plaintiff,                     Case No. 2:17-cv-00916-RFB-VCF
16
   vs.                                   **JOINT MOTION TO EXTEND CASE
17                                       DEADLINES AND PROPOSED
   SFR INVESTMENTS POOL 1, LLC and       ORDER**
18 ANTHEM COUNTRY CLUB
   COMMUNITY ASSOCIATION,                **[FIRST REQUEST]**
19
          Defendants.
20

21 SFR INVESTMENTS POOL 1, LLC,

22        Counter-Claimant,

23 vs.

24 CAPITAL ONE, NATIONAL
   ASSOCIATION; LEON BENZER; and
25 UNITED STATES OF AMERICA;

26        Counter-Defendants.

27

28

DMWEST #17397084 v1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and CAPITAL ONE, N.A., | |
| Defendants. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | |
| Counter-Claimant/Cross-Claimant, | |
| vs. | |
| UNITED STATES OF AMERICA; LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; | |
| Counter-Defendants/Cross-Defendants. | |

Capital One, National Association ("Capital One"); SFR Investments Pool 1, LLC ("SFR"); Anthem Country Club Community Association ("Anthem"); and the United States (collectively with Capital One, SFR, and Anthem, the "Moving Parties") jointly move to extend the deadlines contained in the Court's scheduling order (ECF No. 39). In support of this request, the Moving Parties state as follows:

1. On August 14, 2017, the Court entered a Discovery Plan and Scheduling Order (ECF No. 39) with the following deadlines:

<u>Rebuttal Expert Disclosure Deadline</u>: January 22, 2018

<u>Discovery Cutoff Date</u>: February 5, 2018

<u>Initial Dispositive Motion Deadline</u>: March 7, 2018

<u>Joint Pretrial Order Deadline</u>: April 6, 2018[1]

---

[1] Pursuant to LR 26-1(b)(5), if the parties file dispositive motions the joint pretrial order will be due within 30 days after the last decision on any dispositive motions.

2

DMWEST #17397084 v1

2. On November 7, 2017, the Court consolidated <u>United States v. Benzer</u>, No. 2:17-cv-00916 KJD-CWH, with this action. Prior to consolidation, the United States filed a motion for leave to amend the <u>Benzer</u> complaint to add additional potential claimants on the real property as parties, and to make minor additional changes to correct drafting ambiguities. The Court granted the motion to amend on January 16, 2018 (ECF No. 65) and the United States filed its amended complaint on January 18, 2018 (ECF No. 67). The United States is in the process of serving the three new parties.

3. To date the parties have been actively participating in discovery. The United States has served written discovery requests on Capital One, SFR, and Anthem. Capital One has served written discovery requests on the United States, SFR, and Anthem. SFR has served written discovery requests on Capital One and the United States. Anthem has served written discovery requests on Capital One. SFR has noticed Fed. R. Civ. P. 30(b)(6) depositions of the United States and Capital One. In addition, Capital One and SFR have each retained initial expert witnesses.

4. An extension of the existing deadlines is needed to allow the parties to respond to written discovery, to retain rebuttal expert witnesses, and to find mutually agreeable dates for depositions. The extension will also permit the newly added parties to respond to the United States' amended complaint and to participate in discovery.

5. Good cause exists to grant the requested extension given the parties' diligence in conducting discovery thus far, the complexity of the issues involved, the need to conduct discovery for each of the two consolidated cases, the newly added parties, the holidays of December 2017 and January 2018, and the recent government shutdown affecting counsel for the United States.

6. Accordingly, the parties request that the scheduling order be amended as follows:

<u>Rebuttal Expert Disclosure Deadline</u>: February 28, 2018

3

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Discovery Cutoff Date: April 27, 2018

Initial Dispositive Motion Deadline: May 28, 2018. On or before this date, the parties shall file any dispositive motions addressing: (1) the validity of the HOA foreclosure sale, including whether SFR is the current title owner of the property; (2) whether Capital One's two deeds against the property are valid; (3) whether the United States holds valid tax assessments against Mr. Benzer, and in what amount; and (4) whether the United States holds valid tax liens against the Property. Dispositive motions addressing any other issues may not be filed until after the motions described in this paragraph are decided.

Subsequent Dispositive Motions: Once the Court has ruled on any initial dispositive motion(s), the parties will promptly confer and propose a schedule for any further dispositive motion(s), with the expectation that the deadline for further motion(s) will be no earlier than 30 days after the Court's ruling on the initial motion(s).

Joint Pretrial Order Deadline: June 27, 2018.[2]

[*Signature page follows*]

---

[2] Pursuant to LR 26-1(b)(5), if the parties file dispositive motions the joint pretrial order will be due within 30 days after the last decision on any dispositive motions.

4

Dated: January 22, 2018.

| BALLARD SPAHR LLP<br><br>By: /s/ Matthew D. Lamb<br>　　Abran E. Vigil<br>　　Nevada Bar No. 7548<br>　　1980 Festival Plaza Drive, Suite 900<br>　　Las Vegas, Nevada 89135<br><br>　　Matthew D. Lamb<br>　　Nevada Bar No. 12991<br>　　1909 K Street NW, 12th Floor<br>　　Washington, D.C. 20006<br><br>ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION | KIM GILBERT EBRON<br><br>By: /s/ Diana S. Ebron<br>　　Diana S. Ebron<br>　　Nevada Bar No. 10580<br>　　Jacqueline Gilbert<br>　　Nevada Bar No. 10593<br>　　Karen L. Hanks<br>　　Nevada Bar No. 9578<br>　　7625 Dean Martin Drive, Ste. 110<br>　　Las Vegas, Nevada 89139<br><br>ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC |
|---|---|
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>By: /s/ Julie A. Funai<br>　　J. William Ebert<br>　　Nevada Bar No. 2697<br>　　Julie A. Funai<br>　　Nevada Bar No. 8725<br>　　9900 Covington Cross Drive, Ste. 120<br>　　Las Vegas, Nevada 89144<br><br>ATTORNEYS FOR ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>　　/s/ E. Carmen Ramirez<br>　　E. Carmen Ramirez<br>　　Virginia Cronan Lowe<br>　　Trial Attorneys, Tax Division<br>　　U.S. Department of Justice<br>　　P.O. Box 683<br>　　Washington, DC 20044<br><br>ATTORNEYS FOR UNITED STATES |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　January 25, 2018
DATED:_____

# CERTIFICATE OF SERVICE

I certify that January 22, 2018, I electronically filed the foregoing **Joint Motion to Extend Case Deadlines and Proposed Order**. The following parties will be served electronically:

Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Counsel for SFR Investments Pool 1, LLC*

J. William Ebert
Julie A. Funai
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Counsel for Anthem Country Club Community Association*

E. Carmen Ramirez
Virginia Cronan Lowe
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044

*Counsel for United States of America*

I further certify that on January 22, 2018, I served a copy of the foregoing document to the following parties via U.S. Mail:

Leon Benzer
FCI Big Spring
1900 Simler Ave
Big Spring, TX 79720

*Pro Se*

/s/ Sarah H. Walton
An employee of Ballard Spahr LLP

DMWEST #17397084 v1