RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: 202-616-2885, 202-307-6484
F: 202-307-0054
E.Carmen.Ramirez@usdoj.gov
Virginiacronan.lowe@usdoj.gov
Western.Taxcivil@usedoj.gov

*Of Counsel*
DAYLE ELIESON
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>Defendants.<br>_____<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Crossclaimant, | Case No. 2:17-cv-00604-RFB-VCF<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-CWH<br><br>JOINT MOTION TO STAY CASE DEADLINES IN LIGHT OF POTENTIAL SETTLEMENT AND [Proposed] ORDER<br>(First Request) |

|   |   |
|---|---|
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking Association; LEON BENZER, an individual; UNITED STATES OF AMERICA | ) ) ) ) ) |
| Cross-Defendants, Counter-Defendants. | ) ) ) |
| _____ | ) |
| UNITED STATES OF AMERICA, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; CAPITAL ONE, N.A., ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; STAR INSURANCE COMPANY; AMERICAN EXPRESS BANK FSB; and REPUBLIC SILVER STATE DISPOSAL INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |
| _____ | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association, | ) ) ) |
| Counter-Claimant/Cross-Claimant, | ) |
| v. | ) ) |
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, . | ) ) ) ) ) ) ) |
| Counter-Defendant/Cross-Defendants. | ) |
| _____ | ) |

The United States of America, Capital One, N.A. ("Capital One"), SFR Investments Pool 1, LLC ("SFR"), and Anthem Country Club Association ("Anthem"), collectively, "the parties" hereby request that the Court stay the proceedings, including all current deadlines, for thirty (30) days in light of a potential settlement for some or all of the claims.[1] In support of their request, the parties submit the following:

1. The current relevant deadlines are as follows (per ECF No. 78 at 3-4):

*Discovery Cutoff Date*: April 27, 2018;

*Initial Dispositive Motion Deadline*: May 28, 2018; and

*Joint Pretrial Order Deadline*: June 27, 2018. However, pursuant to LR 26-1(b)(5), if the parties file dispositive motions the joint pretrial order will be due within 30 days after the last decision on any dispositive motions.

2. This case concerns competing claims to the same piece of real property. The parties had previously requested an extension of the case deadlines in part to allow newly added defendants to be served, and to facilitate discovery after the two underlying cases were consolidated. (*See* ECF No. 78). The parties have been actively participating in written discovery and document productions, and have noticed at least four depositions amongst them.

3. The parties have also been discussing possible resolution of some or all of their competing claims. Such resolution may involve one or more parties disclaiming an interest in the property, and/or agreements between two or more of the parties as to the priority of their

---

[1] Defendant Leon Benzer has not appeared, and the Clerk of Court has noted his default. (*See* ECF No. 56). Defendants Star Insurance Company, American Express Bank FSB, and Republic Silver State Disposal Inc. were named in the United States' recent Amended Complaint, and have not yet appeared.

1

respective claims or liens.  The parties believe they can reach a stipulation as to at least some of the claims, but given that there are two consolidated cases, four parties that have appeared to date, and various claims, counter- and cross-claims, it will take some time to reduce such agreements to writing and to obtain approval from all parties and the Court.

4. However, given the April 27, 2018, discovery deadline, the parties will be required to continue discovery and conduct depositions that may ultimately prove unnecessary.  Moreover, both SFR and Capital One have noticed depositions of a witness for the United States under Fed. R. Civ. P. 30(b)(6).  The United States has objected to the proposed topics, and while the parties are attempting to negotiate in good faith, they may need to engage in motions practice to resolve these disputes.

5. There are also three pending motions before the Court.  (ECF Nos. 49, 58, and 82).  A stipulation may resolve some or all of these disputed issues without the need for Court intervention.

6. The parties thus propose that all case deadlines be stayed for 30 days to allow a potential stipulation to be drafted, approved by the parties, and submitted for the Court's approval.  The parties propose that if they have not resolved all of their claims within 30 days, they submit a report to the Court and propose a new schedule, the dates for which would depend on the number of issues that remain unresolved.

7. Good cause exists for the request.  It is made not to hinder or delay the proceedings, but to allow the parties to finalize a potential stipulation.  The parties have engaged in initial discussions based on their review of the existing discovery record, including a four-party conference call on March 9, 2018, and believe that there is a real possibility of at least partial settlement.  Focusing their energies on further negotiations could save the parties

significant time and expense, especially with respect to depositions, and may save the Court's resources as well.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

WHEREFORE, the parties respectfully propose that all pending deadlines be stayed for 30 days to allow the parties to discuss a partial or complete settlement. If all claims are not resolved within 30 days, the parties will submit a report to the Court and propose appropriate scheduling deadlines for any issues not resolved.

Respectfully submitted this 14th day of March 2018.

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br><br>/s/ E. Carmen Ramirez<br>VIRGINIA CRONAN LOWE<br>E. CARMEN RAMIREZ<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br><br>Of Counsel:<br>DAYLE ELIESON<br>United States Attorney<br><br>*Attorneys for the United States* | KIM GILBERT EBRON<br><br><br>/s/ Diana Cline Ebron<br>DIANA CLINE EBRON (10580)<br>JAQUELINE A. GILBERT (10593)<br>KAREN L. HANKS (9578)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Telephone: (702)485-3300<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| BALLARD SPAHR LLP<br><br>/s/ Matthew D. Lamb<br>ABRAN E. VIGIL (7548)<br>MATTHEW D. LAMB (12991)<br>1980 Festival Plaza Dr., Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br><br>*Attorneys for Capital One, N. A.* | LIPSON, NELSON, COLE, SELTZER & GARIN, P.C.<br>/s/Julie A. Funai<br>J. WILLIAM EBERT (2697)<br>JULIE A. FUNAI (8725)<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br>Telephone (702) 382-1500<br><br>*Attorneys for Anthem Country Club Community Association* |

IT IS SO ORDERED

Dated: March 21, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 14th day of March, 2018, via the Court's ECF system to all current parties who have appeared electronically. Service is made on defendant Leon Benzer by U.S. Mail at the following address:

>Leon Benzer- 47521-048
>FCI Big Spring
>Federal Correctional Institution
>1900 Simler Ave
>Big Spring, TX 79720

>*/s/ E. Carmen Ramirez*
>E. CARMEN RAMIREZ
>Trial Attorney, Tax Division
>U.S. Department of Justice