# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CAPITAL ONE, NAITONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | 2:17-cv-00604-RFB-VCF<br><br>Consolidated with<br><br>2:17-cv-00916-KJD-CWH<br><br>**ORDER** |

Before the court is the United States' Motion to Conduct a Status Conference Regarding Extent of Stay, Discovery Schedule, and Related Matters (ECF No. 95).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, October 12, 2018, in Courtroom 3D.

DATED this 28th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE