# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | 2:17-cv-00604-RFB-VCF<br><br>Consolidated with<br><br>2:17-cv-00916-RFB-VCF<br><br>**ORDER** |

Before the court is the United States' Motion to Allow Department of Justice Supervisory Official to Appear at Settlement Conference by Telephone (ECF No. 112).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the United States' Motion to Allow Department of Justice Supervisory Official to Appear at Settlement Conference by Telephone (ECF No. 112) must be filed on or before November 5, 2018. No reply necessary.

DATED this 24th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE