Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
lambm@ballardspahr.com

*Attorneys for Capital One, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-00604-RFB-VCF<br><br>Case No. 2:17-cv-00916-RFB-VCF<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION; LEON BENZER; and UNITED STATES OF AMERICA;<br><br>Counter-Defendants. | |

DMWEST #18221908 v2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and CAPITAL ONE, N.A., | |
| Defendants. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | |
| Counter-Claimant/Cross-Claimant, | |
| vs. | |
| UNITED STATES OF AMERICA; LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; | |
| Counter-Defendants/Cross-Defendants. | |

Capital One, National Association ("Capital One"); SFR Investments Pool 1, LLC ("SFR"); Anthem Country Club Community Association ("Anthem"); and the United States (collectively, the "Parties") jointly move to continue the settlement conference currently scheduled for November 14, 2018 at 10:00 a.m. In support of this motion, the Parties state as follows:

1. These consolidated cases concern an HOA foreclosure sale. Anthem was the foreclosing association at the sale and represents that SFR was the highest bidder.

2. The United States holds federal tax liens against the subject property.

3. Capital One alleges that it is the record beneficiary of two deeds of trust against the property that secure two loans.

4. The issues raised by the consolidated cases include, among other things, (1) the effect of the HOA sale on Capital One's deeds of trust; and (2) the relative priority of the deeds of trust and the federal tax liens.

2

DMWEST #18221908 v2

5. Capital One recently sold one of the two loans at issue to another entity.

6. Therefore, Capital One and its counsel no longer have authority to negotiate a settlement with respect to the loan. Any settlement would require the participation of the new owner.

7. To allow the new owner to familiarize itself with the case and to participate meaningfully in settlement discussions, the Parties jointly move to reschedule the settlement conference to a date during the week of January 7, 2019.

8. The Parties also move the Court for a corresponding extension of the deadline for serving confidential settlement statements.

9. If the Parties determine prior to the week of January 7, 2019 that a settlement conference will no longer be helpful, they will so inform the Court.

Dated: November 2, 2018.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Matthew D. Lamb<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>Matthew D. Lamb<br>Nevada Bar No. 12991<br>1909 K Street NW, 12th Floor<br>Washington, D.C. 20006<br><br>*ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION* | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139<br><br>*ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC* |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>By: /s/ Julie [obscured]<br>J. Willi[obscured]<br>Nevada [obscured]<br>Julie A. [obscured]<br>Nevada [obscured]<br>9900 Co[obscured]<br>Las Veg[obscured]<br><br>*ATTORNEYS [obscured]<br>COMMUNITY ASSOCIATION* | DAVID A. HUBBERT<br>Deputy Assistant Attorney General |

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED: 11-2-2018

iT IS HEREBY ORDERED that the settlement conference scheduled for 11-14-2018 is VACATED and RESCHEDULED to 10:00 AM, January 7, 2019. The confidential statement is due December 31, 2018 at noon.

# CERTIFICATE OF SERVICE

I certify that on November 2, 2018, I electronically filed the foregoing **Joint Motion to Continue Settlement Conference**. The following parties will be served electronically:

Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Counsel for SFR Investments Pool 1, LLC*

J. William Ebert
Julie A. Funai
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Counsel for Anthem Country Club Community Association*

E. Carmen Ramirez
Virginia Cronan Lowe
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044

*Counsel for United States of America*

I further certify that on November 2, 2018, I served a copy of the foregoing document to the following parties via U.S. Mail:

Leon Benzer (47521-048)
FCI Big Spring
1900 Simler Ave
Big Spring, TX 79720

*Pro Se*

/s/ C. Bowman
An employee of Ballard Spahr LLP

DMWEST #18221908 v2