# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| CAPITAL ONE, NATIONAL ASSOCIATION, | |
|---|---|
| Plaintiffs, | |
| vs. | 2:17-cv-00604-RFB-VCF |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Defendant Anthem Country Club Community Association's Renewed Request for Insurance Representative to Appear Telephonically at Settlement Conference (ECF No. 120).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Anthem Country Club Community Association's Renewed Request for Insurance Representative to Appear Telephonically at Settlement Conference (ECF No. 120) must be filed on or before November 26, 2018.

DATED this 16th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE