# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

CAPITIAL ONE, NATIONAL ASSOCIATION, a National Banking Association,

        Plaintiff,

vs.

SFR INVESTMENTS POO 1, LLC, *et al.*,

        Defendants.

2:17-cv-00604-RFB-VCF

Consolidated with

2:17-cv-00916-KJD-CWH

**ORDER**

Before the court is the United States' Motion to Continue Settlement Conference in Light of Lapse of Appropriations (ECF NO. 124).

Accordingly,

IT IS HEREBY ORDERED that the United States' Motion to Continue Settlement Conference in Light of Lapse of Appropriations (ECF NO. 124) is GRANTED. The settlement conference scheduled for January 7, 2019, is VACATED. The court will reschedule the settlement conference at a later time.

DATED this 28th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE