# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Capital One, National Association,

Plaintiff,

v.

SFR Investments Pool 1, LLC, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:17-cv-00604-RFB-DJA

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant SFR Investment Pool 1, LLC shall pay Plaintiff's attorneys fees in the amount of $5,659.50 within 30 days of the issuance of this order.

9/24/2019
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ S. Denson
_____
Deputy Clerk