1 | DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
2 | E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
3 | Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
4 | KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5 | E-mail: karen@kgelegal.com
KIM GILBERT EBRON
6 | *fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
7 | Las Vegas, Nevada 89139
Telephone: (702) 485-3300
8 | Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, a Nevada nonprofit corporation.<br><br>    Defendants. | Case No. 2:17-cv-00604-RFB-DJA<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY RE ECF No. 190**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counterclaimant/Cross-Claimant,<br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; LEON BENZER, an individual; UNITED STATES OF AMERICA,<br><br>    Cross-Defendants/Counter-Defendants. | |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and CAPITAL ONE, N.A.,<br><br>    Defendants. | |

- 1 -

SFR Investments Pool 1, LLC ("SFR") and United States of America ("IRS") submit this stipulation to extend the deadline for SFR to oppose the IRS' motion for preliminary injunction concerning rents [ECF No. 190] to October 2, 2019. The current deadline is September 24, 2019 per Court order. The parties also stipulate to extend the deadline for the IRS to file its reply to October 10, 2019. The current deadline is September 30, 2019.

The continuances requested are not to delay or cause prejudice, but to accommodate schedule of counsel. SFR's counsel has an appellate brief due and will also be traveling to Reno this week. Counsel for the IRS will be traveling the first week of October.

| Dated this 23rd day of September | Dated this 23rd day of September |
|---|---|
| KIM GILBERT EBRON | RICHARD E. ZUCKERMAN |
| By: /s/ *Karen L. Hanks*<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139<br><br>*ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC* | Principal Deputy Assistant Attorney General<br><br>By: */s/ E. Carmen Ramirez*<br>Virginia Cronan Lowe<br>E. Carmen Ramirez<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, DC 20044<br><br>*ATTORNEYS FOR UNITED STATES* |

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2019