1   Abran E. Vigil
    Nevada Bar No. 7548
2   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
3   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
4   Facsimile: (702) 471-7070
    vigila@ballardspahr.com
5
    Matthew D. Lamb
6   Nevada Bar No. 12991
    BALLARD SPAHR LLP
7   1909 K Street NW, 12th Floor
    Washington, D.C. 20006
8   Telephone: (202) 661-2200
    Facsimile: (202) 661-2299
9   lambm@ballardspahr.com

10  *Attorneys for Rocktop Partners,*
    *LLC; and Wilmington Savings Fund*
11  *Society, FSB, as Trustee of Stanwich*
    *Mortgage Loan Trust A*
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF NEVADA

15  CAPITAL ONE, NATIONAL
    ASSOCIATION, et al.,                    Case No. 2:17-cv-00604-RFB-NJK
16
         Plaintiffs,                        Case No. 2:17-cv-00916-RFB-NJK
17
    vs.                                     **STIPULATION TO CONTINUE**
18                                          **DEPOSITION AND TO EXTEND**
    SFR INVESTMENTS POOL 1, LLC, et         **DISPOSITIVE MOTION DEADLINE**
19  al.,
                                            **[FIFTH REQUEST UNDER**
20       Defendants.                        **CURRENT SCHEDULING ORDER]**

21
    UNITED STATES OF AMERICA,
22
         Plaintiff,
23
    vs.
24
    LEON BENZER, et al.,
25
         Defendants.
26

27  CAPITAL ONE, NATIONAL
    ASSOCIATION, et al.,
28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1    Counter-Claimants/Cross-
     Claimants,

2

    vs.

3

    UNITED STATES OF AMERICA, et al.,

4

5    Counter-Defendants/Cross-
     Defendants

6

7        Rocktop Partners, LLC ("Rocktop"); Wilmington Savings Fund Society, FSB, as

8    Trustee of Stanwich Mortgage Loan Trust A ("Wilmington"); SFR Investments Pool 1,

9    LLC ("SFR"); the United States; and Anthem Country Club Community Association

10   ("Anthem") (collectively, the "Parties") hereby stipulate to continue the deposition of

11   Capital One, National Association ("Capital One") and to extend the dispositive motion

12   deadline.  In support of this stipulation, the Parties state as follows:

13       1.     On or about March 27, 2020, the United States issued a deposition

14   subpoena to Capital One that tentatively scheduled a deposition for April 15, 2010.

15       2.     On April 10, 2020, the Parties stipulated to extend the dispositive motion

16   deadline to June 29, 2020 because, among other reasons, the Parties expected the

17   deposition to be continued and expected that Rocktop and Wilmington would move for

18   a protective order to eliminate two subtopics contained in the deposition subpoena.

19       3.     The deposition has since been continued to May 26, 2020.

20       4.     Rocktop and Wilmington filed their motion for a protective order (the

21   "Motion") on April 30, 2020.  ECF No. 252.  The United States filed a response on May

22   14, 2020, ECF No. 255, and Capital One filed a joinder on May 15, 2020, ECF No. 256.

23   Rocktop's and Wilmington's reply is due on May 21, 2020.

24       5.     At this time, the Court has not set a hearing on the Motion or a timetable

25   for issuing a decision.

26       6.     The Parties agree that the deposition of Capital One should be continued,

27   and that after the Court issues a decision on the Motion, the deposition should be

28   rescheduled to a mutually convenient date within 30 days after the Court's decision.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

7.     The Parties further agree that the dispositive motion deadline should be extended until the date 60 days after the Court's decision on the Motion.  This is consistent with the timeframe the Parties would have had to complete the deposition and prepare dispositive motions absent the Motion.

8.     Good cause exists for the requested extension because it will allow the Court to decide the Motion prior to the deposition, will reduce the likelihood of further disputes during the deposition, and will allow sufficient time to obtain a transcript of the deposition before dispositive motions are filed.

Dated: May 21, 2020.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Matthew D. Lamb <br> Matthew D. Lamb <br> Nevada Bar No. 12991 <br> 1909 K Street NW, 12th Floor <br> Washington, D.C. 20006 <br><br> *Attorneys for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A* | By: /s/ Diana S. Ebron <br> Diana S. Ebron <br> Nevada Bar No. 10580 <br> 7625 Dean Martin Drive, Ste. 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. <br><br> By: /s/ Janeen V. Isaacson <br> Janeen V. Isaacson <br> Nevada Bar No. 6429 <br> 9900 Covington Cross Dr., Ste. 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Anthem Country Club Community Association* | RICHARD E. ZUCKERMAN <br><br> Principal Deputy Assistant Attorney General <br><br> By: /s/ E. Carmen Ramirez <br> E. Carmen Ramirez <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 683 <br> Washington, DC 20044 <br><br> *Attorneys for United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 22, 2020

BALLARD SPAHR LLP <br> 1980 FESTIVAL PLAZA DRIVE, SUITE 900 <br> LAS VEGAS, NEVADA 89135 <br> (702) 471-7000 FAX (702) 471-7070