# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br>    Plaintiff,<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br>    Defendants. | Case No.: 2:17-cv-00604-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 251) |

Pending before the Court is the United States' motion for leave to amend its operative complaint. Docket No. 251. Specifically, the United States seeks to "name a recently discovered potential claimant that recorded a lien on the property after th[is] litigation began." *Id.* at 3. No response has been filed and the time for doing so has passed. *See* Docket. Failure to file a response to a motion constitutes "consent to the granting of the motion." Local Rule 7-2(d).

Accordingly, the Court **GRANTS** the United States' motion. Docket No. 251. No later than June 1, 2020, the United States must file its amended complaint. No later than June 5, 2020, parties in this case must file either responsive pleadings to the United States' amended complaint or a notice that states that the given party seeks to stand on its current operative responsive pleading.

IT IS SO ORDERED.

Dated: May 28, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE