RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: (202) 616-2885
F: (202) 307-0054
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>    Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counterclaimant/Crossclaimant,<br><br>    v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking | Case No. 2:17-cv-00604-RFB-BNW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BNW<br><br>**UNITED STATES' MOTION TO APPEAR AT JULY 21, 2020, HEARING BY TELEPHONE OR VIDEO CONFERENCE** |

1

| | |
|---|---|
| Association; LEON BENZER, an individual; UNITED STATES OF AMERICA | ) ) ) |
| Cross-Defendants, Counter-Defendants. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; CAPITAL ONE, N.A.; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; REPUBLIC SILVER STATE DISPOSAL INC.,; and INDEMNITY COMPANY OF CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| CAPITAL ONE, NATIONAL ASSOCIATION a national banking association, | ) ) ) |
| Counter-Claimant/Cross-Claimant, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | ) ) ) ) ) ) |
| Counter-Defendant/Cross-Defendants. | ) ) |

The United States respectfully requests permission to appear at the hearing set for July 21, 2020, by telephone or by video conference, as the Court prefers. (*See* ECF No. 272 (Order setting hearing)). The hearing is set for 3:30 pm, before Magistrate Judge Weksler.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The two suits in this consolidated proceeding concern competing claims to the same piece of real property. When the litigation began, Capital One, National Association ("Capital One") allegedly controlled two separate loans secured by the property. It appears that, at some point during the litigation, Capital One sold the two deeds of trust, and/or the underlying loans, to Rocktop Partners, LLC and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, respectively (together, the "new mortgage claimants"). The instant motion concerns an upcoming Fed R. Civ. P. 30(b)(6) deposition of Capital One (not the new mortgage claimants). All of the litigating parties, including Capital One, have consented to the deposition itself. However, the new mortgage claimants have objected to two subtopics in the deposition notice that concern the transfer or sale of the loans from Capital One to the new mortgage claimants, and have moved for a protective order to bar the questions. The Court set the hearing to discuss their motion.

The undersigned counsel for the United States has primary responsibility for the case, and is based in Washington DC. As recognized in the District of Nevada's Temporary General Order 2020-05 and other directives, the COVID-19 pandemic has caused a national emergency that has affected the District of Nevada and the federal court system generally. Although the undersigned understands that the District of Nevada is incrementally resuming in-person hearings (*see, e.g.*, Temporary General Order 2020-08), air travel may pose risks to the undersigned and to court personnel, opposing counsel, or others that the undersigned may interact with if required to travel to Nevada to appear in person. It is difficult to predict the specific risk factors that may be

3

present in Washington or in Nevada at the time of the hearing, and it may be difficult and costly to arrange last-minute air travel. (In fact, the parties have already agreed for the deposition itself to take place via video conference.)

Therefore, the United States respectfully requests leave to appear by telephone or video conference at the hearing, as the Court prefers. The undersigned has used various video conferencing software and, if the Court directs a video appearance, the undersigned will endeavor to familiarize herself with, and to practice connecting to, whatever system the Court prefers. The United States has no objection to any of the other parties appearing by telephone or video. Granting the request would cause no material prejudice to any party, especially since counsel for the new mortgage claimants has also moved to appear telephonically. (ECF No. 274).

//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, the United States seeks permission for its counsel to appear by telephone at the hearing set for July 21, 2020, by calling the Court's chambers, or, if the Court prefers, by video conference.

DATED this 30th day of June, 2020.

                                          */s/ E. Carmen Ramirez*

                                          RICHARD E. ZUCKERMAN
                                          Principal Deputy Assistant Attorney General

                                          E. CARMEN RAMIREZ
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 683
                                          Washington, D.C.  20044
                                          T:   (202) 616-2885
                                          F:   (202) 307-0054
                                          E.Carmen.Ramirez@usdoj.gov
                                          Western.Taxcivil@usedoj.gov

                                          IT IS SO ORDERED

                                          _____
                                          United States Magistrate Judge
                                          DATED: July 1, 2020