1   Abran E. Vigil
    Nevada Bar No. 7548
2   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
3   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
4   Facsimile: (702) 471-7070
    vigila@ballardspahr.com
5
    Matthew D. Lamb
6   Nevada Bar No. 12991
    BALLARD SPAHR LLP
7   1909 K Street NW, 12th Floor
    Washington, D.C. 20006
8   Telephone: (202) 661-2200
    Facsimile: (202) 661-2299
9   lambm@ballardspahr.com

10  *Attorneys for Rocktop Partners,*
    *LLC and Wilmington Savings Fund*
11  *Society, FSB, as Trustee of*
    *Stanwich Mortgage Loan Trust A*
12

13              **UNITED STATES DISTRICT COURT**

14                 **DISTRICT OF NEVADA**

15  CAPITAL ONE, NATIONAL
    ASSOCIATION,                          Case No. 2:17-cv-00604-RFB-BNW
16
                Plaintiff,                 Case No. 2:17-cv-00916-RFB-BNW
17
    vs.                                    **JOINT MOTION TO CONTINUE**
18                                         **AUGUST 4, 2020 HEARING**
    SFR INVESTMENTS POOL 1, LLC et
19  al.,

20              Defendants.

21  ─────────────────────────────

22  UNITED STATES OF AMERICA,

23              Plaintiff,

24  vs.

25  LEON BENZER, et al.,

26              Defendants.

27  ─────────────────────────────

28  CAPITAL ONE, NATIONAL
    ASSOCIATION,

One Summerlin, 1980 Festival Plaza Drive, Suite 900
Ballard Spahr LLP
Las Vegas, Nevada 89135-2958

DMWEST #40255049 v1

1    Counter-Claimant/Cross-Claimant,

2    vs.

3    UNITED STATES OF AMERICA, et al.,

4    Counter-Defendants/Cross-
     Defendants.

5

6

7    Rocktop Partners, LLC ("Rocktop"); Wilmington Savings Fund Society, FSB,

8    as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington"); Capital One, National

9    Association; SFR Investments Pool 1, LLC; the United States; and Anthem Country

10   Club Community Association (collectively, the "Moving Parties") jointly move to

11   continue the hearing currently scheduled for August 4, 2020 at 2:00 p.m.  See ECF

12   No. 285.   Matthew D. Lamb, who appeared for Rocktop and Wilmington at the

13   previous hearing on July 21, 2020, is unavailable from August 4, 2020 through

14   August 16, 2020 due to his wedding and honeymoon.   Abran E. Vigil, the other

15   attorney of record for Rocktop and Wilmington, is unavailable the afternoon of August

16   4, 2020 due to a deposition.   Accordingly, the Moving Parties respectfully request that

17   the Court continue the hearing scheduled for August 4, 2020 to a date during the

18   week of August 17, 2020.

19

20   [*Signatures on next page*]

21   IT IS ORDERED that ECF No. 286 is
     GRANTED. The hearing currently set
22   for August 4, 2020 is rescheduled to
     August 20, 2020 at 1:00 p.m.
23
     **IT IS SO ORDERED**
24

25   **DATED: August 03, 2020**

26

27

28   **BRENDA WEKSLER**
     **UNITED STATES MAGISTRATE JUDGE**

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

DMWEST #40255049 v1                    2

1

Dated: July 31, 2020.

2

| | |
|---|---|
| BALLARD SPAHR LLP<br><br>By: /s/ Matthew D. Lamb<br>Matthew D. Lamb<br>Nevada Bar No. 12991<br>1909 K Street NW, 12th Floor<br>Washington, D.C. 20006<br><br>*Attorneys for Rocktop Partners, LLC and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A* | KIM GILBERT EBRON<br><br>By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>By: /s/ Janeen V. Isaacson<br>Janeen V. Isaacson<br>Nevada Bar No. 6429<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Anthem Country Club Community Association* | RICHARD E. ZUCKERMAN<br><br>Principal Deputy Assistant Attorney General<br><br>By: /s/ E. Carmen Ramirez<br>E. Carmen Ramirez<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, DC 20044<br><br>*Attorneys for United States* |
| MCDONALD CARANO LLP<br><br>By: /s/ Jeff Silvestri<br>Jeff Silvestri<br>Nevada Bar No. 5779<br>2300 West Sahara Ave, Ste 1200<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Capital One, National Association* | |

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

<div style="text-align:left; font-size:small;">Ballard Spahr LLP<br/>One Summerlin, 1980 Festival Plaza Drive, Suite 900<br/>Las Vegas, Nevada 89135-2958</div>

## CERTIFICATE OF SERVICE

I certify that on July 31, 2020, I electronically filed the foregoing **Joint Motion to Continue August 4, 2020 Hearing**. The following parties will be served electronically:

Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com

*Counsel for SFR Investments Pool 1, LLC*

J. William Ebert
Janeen Isaacson
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
BEbert@lipsonneilson.com
JIsaacson@lipsonneilson.com

*Counsel for Anthem Country Club Community Association*

E. Carmen Ramirez
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
e.carmen.ramirez@usdoj.gov

*Counsel for United States of America*

Jeff Silvestri
Jason B. Sifers
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Counsel for Capital One, National Association*

/s/
An employee of Ballard Spahr LLP

DMWEST #40255049 v1