DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, a Nevada nonprofit corporation.

Defendants.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counterclaimant/Cross-Claimant,

vs.

CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; LEON BENZER, an individual; UNITED STATES OF AMERICA,

Cross-Defendants/Counter-Defendants.

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEON BENZER; SFR INVESTMENTS POOL 1, LLC; and CAPITAL ONE, N.A.,

Defendants.

Case No. 2:17-cv-00604-RFB-BNW
*consolidated with*
Case No. 2:17-cv-00916-RFB-VCF

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY RE ECF No. 292**

**(First Request)**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

SFR Investments Pool 1, LLC ("SFR"), Anthem Country Club Community Association ("HOA"), United States of America ("IRS"), Rocktop Partners, LLC, Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Trust A ("collectively Rocktop") and Capital One, National Association ("Capital One") submit this stipulation to extend the deadline for the SFR, HOA and IRS parties to file a joint reply to their motion to extend the dispositive motion deadlines, filed on August 27, 2020 [ECF No. 292], to September 24, 2020. The current deadline is September 17, 2020. The moving parties need additional time to coordinate

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

their reply in support of the motion. The extension is requested in good faith and is not to delay or cause prejudice. This is the parties' first request to extend this deadline.

Dated this 16th day of September
**KIM GILBERT EBRON**

By: /s/ *Diana S. Ebron*
Diana S. Ebron
Nevada Bar No. 10580
7625 Dean Martin Drive, Ste. 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 16th day of September

By: /s/ *E. Carmen Ramirez*
Richard E. Zuckerman
Principal Deputy Assistant Attorney General
E. Carmen Ramirez
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
*Attorneys for United States*

Dated this 16th day of September
**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**
By: /s/ *Janeen V. Isaacson*
J. William Ebert, Esq.
Nevada Bar No. 2697
Janeen V. Isaacson, Esq.
Nevada Bar No. 6429
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
*Attorneys for Anthem Country Club Community Association*

Dated this 16th day of September
**BALLARD SPAHR, LLP**

By: /s/ *Matthew D. Lamb*
Abrahm E, Vigil, Esq.
Nevada Bar No. 7548
Matthew D. Lamb, Esq.
Nevada Bar No. 12991
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorneys for Rocktop Partners, LLC and Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust A*

Dated this 16th day of September
**MCDONALD CARANO LLP**

By: /s/ *Jeff Silvestri*
Jeff Silvestri, Esq.
Nevada Bar No. 5779
Jason B. Sifers, Esq.
Nevada Bar No. 14273
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Plaintiff/Counterdefendant Capital One, National Association.*

**IT IS SO ORDERED:**

_______________________________
UNITED STATES JUDGE

DATED: 9/21/2020



KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301