RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
T:  (202) 616-2885
F:  (202) 307-0054
E.Carmen.Ramirez@usdoj.gov
Western.Taxcivil@usedoj.gov

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney

*Attorneys for the United States of America*

KIM GILBERT EBRON

DIANA S. EBRON  (Bar No. 10580)
JACQUELINE GILBERT (Bar No. 10593)
KAREN L. HANKS (Bar No. 9578)
7625 Dean Martin Drive, Ste. 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

LIPSON NEILSON, COLE, SELTZER & GARIN, P.C.

J. WILLIAM EBERT (Bar No. 2697)
JANEEN V. ISAACSON (Bar No. 6429)
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Attorneys for Anthem Country Club Community Association*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>    Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counterclaimant/Crossclaimant,<br><br>    v. | Case No. 2:17-cv-00604-RFB-BW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BW<br><br>**[PROPOSED] UPDATED DISCOVERY PLAN AND SCHEDULING ORDER** |

|   |   |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking Association; LEON BENZER, an individual; UNITED STATES OF AMERICA | ) ) ) ) ) |
| Cross-Defendants, Counter-Defendants. | ) ) ) |
| _____ | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; CAPITAL ONE, N.A.; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; and REPUBLIC SILVER STATE DISPOSAL INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. _____ | ) ) ) |
| CAPITAL ONE, NATIONAL ASSOCIATION a national banking association, | ) ) ) |
| Counter-Claimant/Cross-Claimant, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | ) ) ) ) ) ) ) |
| Counter-Defendant/Cross-Defendants. _____ | ) ) ) |

2

In light of the Court's Order of December 21, 2020 (ECF No. 377 (minutes of hearing)), the discovery plan and scheduling order (ECF No. 144), as subsequently extended, are updated as follows:

- Discovery Cutoff Date: March 26, 2021;
- Dispositive Motion Deadline: April 26, 2021[1]; and
- Joint Pretrial Order Deadline: May 26, 2021.  However, pursuant to LR 26-1(b)(5), if the parties were to file dispositive motions the joint pretrial order would be due within 30 days after the last decision on any dispositive motions.
- All other deadlines shall remain closed, except to the extent a party moves for reopening and the Court approves.

Objections to discovery must be made on an expedited basis, as discussed in open court at the hearing on December 21, 2020.

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED January 11, 2021

---

[1] Thirty days from the close of discovery would fall on Sunday, April 25, 2021.

1