AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking |  | DEFAULT JUDGMENT IN A CIVIL CASE |
| Plaintiff, | | |
| v. | | Case Number: 2:17-cv-00604-RFB-BNW |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; et al., | | |
| Defendants. | | |

\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

a.) Judgment is entered in favor of the United States and against Leon Benzer, for his unpaid federal income tax liabilities for the 2001, 2002, 2003, 2004, 2005 and 2007 tax years, in the amount of $898,184.98, as calculated through January 31, 2020, plus interest and other statutory additions that may continue to accrue, net further payments and credits, subject to proof;
and

b.) Judgment is entered in favor of the United States and against Leon Benzer, for unpaid trust fund recovery penalties under 26 U.S.C. § 6672, for the periods ending September 30 and December 31, 2003, and June 30, 2004, in the amount of $353,529.02, as calculated through January 31, 2020, plus interest and other statutory additions that may continue to accrue, net further payments and credits, subject to proof.

| | |
|---|---|
| 4/1/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |