WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorney for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendants. | Case No. 2:17-cv-00604-RFB-NJK <br><br> Case No. 2:17-cv-00916-RFB-NJK <br><br> **SUBSTITUTION OF ATTORNEY** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEON BENZER, et al., <br><br> Defendants. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, et al., <br><br> Counter-Claimants/Cross-Claimants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., | |

Counter-Defendants/Cross-Defendants.

Rocktop Partners, LLC hereby substitutes and appoints the law firm of Wright, Finlay & Zak, LLP as their attorney in the above-entitled matter in place and stead of the law firm of Ballard Spahr LLP.

DATED this 29 day of April, 2021.

Rocktop Partners, LLC

By: Josh Harrison
Its: */s/ Josh Harrison*

Ballard Spahr LLP hereby substitutes in its place and stead Wright, Finlay & Zak, LLP, as attorney for Rocktop Partners, LLC in the above-entitled matter.

DATED this 29th day of April, 2021.

BALLARD SPAHR LLP

By: /s/ Abran E. Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Prior Attorney for Rocktop Partners, LLC*

Wright, Finlay & Zak, LLP, hereby accepts substitution as attorney for Rocktop Partners, LLC in the above-entitled matter in place and stead of Ballard Spahr LLP.

DATED this 3rd day of May, 2021.

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Darren T. Brenner
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Rocktop Partners, LLC*

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:37 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**