WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorney for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, et al., | Case No. 2:17-cv-00604-RFB-NJK |
| Plaintiffs, | Case No. 2:17-cv-00916-RFB-NJK |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| LEON BENZER, et al., | |
| Defendants. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, et al., | |
| Counter-Claimants/Cross-Claimants, | |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |

| 1 | Counter-Defendants/Cross-Defendants. |
| 2 | |
| 3 | |

Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, by and through their attorney in fact, Carrington Mortgage Services, LLC, hereby substitutes and appoints the law firm of Wright, Finlay & Zak, LLP as their attorney in the above-entitled matter in place and stead of the law firm of Ballard Spahr LLP.

DATED this 3rd day of May, 2021.

Carrington Mortgage Services, LLC, attorney in fact for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A

By: _____ Brian Cox
Its: Foreclosure Operations Manager

|     |     |
| --- | --- |
| 1   | Ballard Spahr LLP hereby substitutes in its place and stead Wright, Finlay & Zak, LLP, |
| 2   | as attorney for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan |
| 3   | Trust A in the above-entitled matter. |

DATED this 29th day of April, 2021.

BALLARD SPAHR LLP

By: /s/ Abran E. Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Prior Attorney for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

Wright, Finlay & Zak, LLP, hereby accepts substitution as attorney for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A in the above-entitled matter in place and stead of Ballard Spahr LLP.

DATED this 4th day of May, 2021.

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Darren T. Brenner
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:37 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**