| | |
|---|---|
| DAVID A. HUBBERT<br>Acting Assistant Attorney General<br><br>E. CARMEN RAMIREZ<br>TY HALASZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>T:  (202) 616-2885 (Ramirez)<br>T:  (202) 307-6484 (Halasz)<br>F:  (202) 307-0054<br>E.Carmen.Ramirez@usdoj.gov<br>Ty.Halasz@usdoj.gov<br>Western.Taxcivil@usedoj.gov<br><br>*Counsel for the United States of America*<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>Darren T. Brenner (Nev. Bar 8386)<br>Jory C. Garabedian (Nev. Bar 10352)<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>dbrenner@wrightlegal.net<br><br>*Counsel for Rocktop Partners, LLC; and*<br>*Wilmington Savings Fund Society, FSB, as*<br>*Trustee of Stanwich Mortgage Loan Trust A* | KIM GILBERT EBRON<br><br>DIANA S. EBRON (Nev. Bar 10580)<br>JACQUELINE GILBERT (Nev. Bar 10593)<br>KAREN L. HANKS (Nev. Bar 9578)<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139<br>*Counsel for SFR Investments Pool 1, LLC*<br><br>LIPSON NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>J. WILLIAM EBERT (Nev. Bar 2697)<br>JANEEN V. ISAACSON (Nev. Bar 6429)<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Counsel for Anthem Country Club Community*<br>*Association* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; and<br>WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, as Trustee of Stanwich Mortgage Loan<br>Trust A,<br><br>      Plaintiffs,<br><br>    *v.*<br><br>SFR INVESTMENTS POOL 1, LLC, a<br>Nevada limited liability company; and<br>ANTHEM COUNTRY CLUB COMMUNITY,<br>ASSOCIATION, a Nevada nonprofit<br>corporation, | )<br>)<br>)<br>)<br>) Case No. 2:17-cv-00604-RFB-BNW<br>) *consolidated with*<br>) Case No. 2:17-cv-00916-KJD-BNW<br>)<br>) **JOINT MOTION BY THE**<br>) **ACTIVELY LITIGATING PARTIES**<br>) **TO EXTEND COURT'S**<br>) **DEADLINES TO BRING**<br>) **DISCOVERY MOTIONS TO**<br>) **FACILITATE EFFORTS TO**<br>) |

1

|  |  |
|---|---|
| Defendants. | ) **COMPROMISE** |
|  | ) **AND [PROPOSED] ORDER** |
|  | ) |
|  | ) **(SECOND REQUEST UNDER** |
| SFR INVESTMENTS POOL 1, LLC, a | ) **CURRENT SCHEDULING ORDER)** |
| Nevada limited liability company, | ) |
|  | ) |
|     Counterclaimant/Crossclaimant, | ) |
|  | ) |
|     v. | ) |
|  | ) |
| ROCKTOP PARTNERS, LLC; | ) |
| WILMINGTON SAVINGS FUND SOCIETY, | ) |
| FSB, as Trustee of Stanwich Mortgage Loan | ) |
| Trust A; LEON BENZER, an individual; and | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|     Cross-Defendants, | ) |
|     Counter-Defendants. | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
|     v. | ) |
|  | ) |
| LEON BENZER; SFR INVESTMENTS POOL | ) |
| 1, LLC; ROCKTOP PARTNERS, LLC; | ) |
| WILMINGTON SAVINGS FUND SOCIETY, | ) |
| FSB, as Trustee of Stanwich Mortgage Loan | ) |
| Trust A; ANTHEM COUNTRY CLUB | ) |
| COMMUNITY ASSOCIATION; and | ) |
| REPUBLIC SILVER STATE DISPOSAL INC., | ) |
|  | ) |
|     Defendants. | ) |
|  | ) |
| ROCKTOP PARTNERS, LLC; and | ) |
| WILMINGTON SAVINGS FUND SOCIETY, | ) |
| FSB, as Trustee of Stanwich Mortgage Loan | ) |
| Trust A, | ) |
|  | ) |
|     Cross-Claimants, | ) |
|     Counter-Claimants, | ) |
|  | ) |
|     v. | ) |
|  | ) |

| | |
|---|---|
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants,<br>Counter-Defendants. | )<br>)<br>)<br>) |

3

The Court has permitted discovery to be re-opened for a limited purpose and set an expedited briefing schedule to resolve any discovery disputes. The parties are attempting to resolve potential disputes without motions practice, and are also exploring possible settlement. In the interest of avoiding unnecessary discovery motions and to allow the parties to focus on a possible settlement, Anthem Country Club Community Association ("Anthem"), SFR Investments Pool 1, LLC ("SFR"), Rocktop Partners LLC ("Rocktop") and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington")[1] and the United States thus jointly move the Court for an order extending discovery deadlines, including the deadlines for bringing discovery motions and dispositive motions, by 30 days.

## MEMORANDUM OF POINTS AND AUTHORITIES

On December 20, 2020, the Court ordered that discovery be re-opened, in light of new issues that arose after most discovery had closed. (ECF No. 342 at 19.) The Court also indicated that discovery disputes should be resolved promptly, and directed that:

> [i]f there are any objections to any requests, parties are to meet and confer within seven days of learning of such objection. If there is no resolution reached at the meet and confer, the party moving for Court involvement must file a motion within three days of the meet and confer. The responding party will have two days to respond. No reply will be allowed.

(*Id*.) Discovery is currently set to close August 9, 2021. (ECF No. 383.)

On April 27, 2021, the United States issued written requests for discovery to Rocktop and Wilmington based on a new production of documents by Rocktop and Wilmington. After the United States sent the requests, Rocktop and Wilmington hired new counsel. (*See* ECF Nos. 377 and 378 (orders granting motions to substitute attorneys).) Rocktop and Wilmington are now represented by the counsel listed above. The United States agreed to allow Rocktop and

---

[1] None of the other named parties are actively litigating.

4

Wilmington additional time to respond, beyond the 30 days generally permitted in the Federal Rules of Civil Procedure, so as to allow the new counsel time to become more familiar with the case. The United States had also noticed a Rule 30(b)(6) deposition. The parties agreed to postpone the deposition until Rocktop and Wilmington provided discovery responses, so that the new counsel would have time to prepare a witness, and to see if the topics could be streamlined based on the discovery responses. Rocktop and Wilmington served its responses to the written discovery requests on June 17, 2021. While they answered many of the requests in full or in part, they objected to certain portions of the requests.

The United States and Rocktop and Wilmington promptly scheduled a meet and confer to discuss the objections. They spoke by telephone on June 22, 2021, which, due to the recently announced federal holiday on June 18, 2021, was only two business days after the responses were served. SFR was also present during the call. Counsel for Anthem was not present on this occasion, but Anthem has otherwise been participating in the litigation. The United States had sent Rocktop and Wilmington a number of questions before the call.

The parties spent significant time during the call discussing prior settlement discussions with Rocktop and Wilmington's new counsel, who had not been involved in the earlier talks, and discussing a new possible settlement. The parties had a number of questions and issues regarding a settlement to discuss with their clients. They agreed that it made sense to table discovery discussions temporarily, so as to focus on settlement, and to give Rocktop and Wilmington more time to consider and respond to the United States' specific questions.

The parties therefore request an extension of discovery deadlines for 30 days from the date of the Court's order. They request 30 days, rather than a shorter period, to allow them to more fully explore settlement, in light of the upcoming July 4 holiday and potential vacation schedules. The request is not to create undue delay, but to allow the parties to streamline the

potential discovery disputes, to narrow the scope of a previously-noticed deposition, and to explore settlement of their title disputes more globally during a booming real estate market.

WHEREFORE, the undersigned respectfully request that the Court extend discovery deadlines, including the deadlines for bringing motions concerning the pending objections to the United States' written discovery requests, as well as the dispositive motion deadline, by 30 days.

DATED June 23, 2021

Respectfully submitted,

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Janeen V. Isaacson
    J. William Ebert (Nev. Bar No. 2697)
    Janeen V. Isaacson (Nev. Bar No. 6429)
    9900 Covington Cross Dr., Ste. 120
    Las Vegas, Nevada 89144

*Counsel for Anthem Country Club Community Association*

DAVID A. HUBBERT
Acting Assistant Attorney General

By: /s/ Ty Halasz
    E. Carmen Ramirez
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Washington, DC 20044

*Counsel for the United States*

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Jory C. Garabedian
    Darren T. Brenner (Nev. Bar 8386)
    Jory C. Garabedian (Nev. Bar 10352)
    7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117
    (702) 475-7964; Fax: (702) 946-1345
    dbrenner@wrightlegal.net

*Counsel for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
    Diana S. Ebron (Nev. Bar No. 10580)
    Jacqueline Gilbert (Nev. Bar No. 10593)
    Karen L. Hanks (Nev. Bar No. 9578)
    7625 Dean Martin Drive, Ste. 110
    Las Vegas, Nevada 89139

*Counsel for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**

**DATED:** 11:05 am, June 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**