| | |
|---|---|
| DAVID A. HUBBERT<br>Acting Assistant Attorney General<br><br>E. CARMEN RAMIREZ<br>TY HALASZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>T:   (202) 616-2885 (Ramirez)<br>T:   (202) 307-6484 (Halasz)<br>F:   (202) 307-0054<br>E.Carmen.Ramirez@usdoj.gov<br>Ty.Halasz@usdoj.gov<br>Western.Taxcivil@usedoj.gov<br><br>*Counsel for the United States of America* | KIM GILBERT EBRON<br><br>DIANA S. EBRON (Nev. Bar 10580)<br>JACQUELINE GILBERT (Nev. Bar 10593)<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139<br>*Counsel for SFR Investments Pool 1, LLC*<br><br>LIPSON NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>J. WILLIAM EBERT (Nev. Bar 2697)<br>JANEEN V. ISAACSON (Nev. Bar 6429)<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Counsel for Anthem Country Club Community Association* |

WRIGHT, FINLAY & ZAK, LLP

Darren T. Brenner (Nev. Bar 8386)
Jory C. Garabedian (Nev. Bar 10352)
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net

*Counsel for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation, | Case No. 2:17-cv-00604-RFB-BNW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BNW<br><br>**JOINT MOTION BY THE ACTIVELY LITIGATING PARTIES TO EXTEND COURT'S DEADLINES TO FACILITATE EFFORTS TO COMPROMISE AND [PROPOSED] ORDER (THIRD REQUEST UNDER CURRENT SCHEDULING ORDER)** |

1

|   |   |   |
|---|---|---|
| 1 | Defendants. | ) |
| 2 | | ) |
| | | ) |
| 3 | | ) |
| | | ) |
| 4 | | ) |
| | UNITED STATES OF AMERICA, | ) |
| 5 | | ) |
| | Plaintiff, | ) |
| 6 | | ) |
| | v. | ) |
| 7 | | ) |
| | LEON BENZER; SFR INVESTMENTS POOL | ) |
| 8 | 1, LLC; ROCKTOP PARTNERS, LLC; | ) |
| | WILMINGTON SAVINGS FUND SOCIETY, | ) |
| 9 | FSB, as Trustee of Stanwich Mortgage Loan | ) |
| | Trust A; ANTHEM COUNTRY CLUB | ) |
| 10 | COMMUNITY ASSOCIATION; | ) |
| | REPUBLIC SILVER STATE DISPOSAL INC., | ) |
| 11 | and INDEMNITY COMPANY OF | ) |
| | CALIFORNIA, | ) |
| 12 | | ) |
| | | ) |
| 13 | Defendants. | ) |
| | | ) |
| 14 | | ) |
| | ROCKTOP PARTNERS, LLC; and | ) |
| 15 | WILMINGTON SAVINGS FUND SOCIETY, | ) |
| | FSB, as Trustee of Stanwich Mortgage Loan | ) |
| 16 | Trust A, | ) |
| | | ) |
| 17 | Cross-Claimants, | ) |
| | Counter-Claimants, | ) |
| 18 | | ) |
| | v. | ) |
| 19 | | ) |
| | UNITED STATES OF AMERICA; LEON | ) |
| 20 | BENZER, an individual; SFR INVESTMENTS | ) |
| | POOL 1, LLC, a Nevada limited liability | ) |
| 21 | company; and ANTHEM COUNTRY CLUB | ) |
| | ASSOCIATION, a Nevada corporation, | ) |
| 22 | | ) |
| | Cross-Defendants, | ) |
| 23 | Counter-Defendants. | ) |
| | | ) |
| 24 | | ) |
| 25 | | |

2

The Court has permitted discovery to be re-opened for a limited purpose and set an expedited briefing schedule to resolve any discovery disputes. The litigating parties are attempting to resolve potential disputes without motions practice, and are also exploring a possible settlement that would involve selling the real property at issue and allocating the proceeds between them. While the parties have made progress in their settlement talks, there are several logistical issues that must be worked through to sell a seven-figure property.

Therefore, Anthem Country Club Community Association ("Anthem"), SFR Investments Pool 1, LLC ("SFR"), Rocktop Partners LLC ("Rocktop") and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington") and the United States[1] jointly move the Court for an order extending the discovery deadline, including the deadlines for bringing discovery motions, from September 8, 2021, to November 22, 2021, and to extend the deadline dispositive motions from October 8, 2021, to December 22, 2021, i.e., 75 days for each.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On December 20, 2020, the Court ordered that discovery be re-opened, in light of new issues that arose after most discovery had closed. (ECF No. 342 at 19.) Discovery is currently set to close September 8, 2021. (ECF No. 385.)

On April 27, 2021, the United States issued written requests for discovery to Rocktop and Wilmington based on a new production of documents by Rocktop and Wilmington. After the United States sent the requests, Rocktop and Wilmington hired new counsel. (*See* ECF Nos. 377 and 378 (orders granting motions to substitute attorneys).) Rocktop and Wilmington are now represented by the counsel listed above. The United States agreed to allow Rocktop and

---

[1] None of the other named parties are actively litigating.

3

Wilmington additional time to respond, beyond the 30 days generally permitted in the Federal Rules of Civil Procedure, so as to allow the new counsel time to become more familiar with the case.  The United States had also noticed a Rule 30(b)(6) deposition.  The parties agreed to postpone the deposition until Rocktop and Wilmington provided discovery responses, so that the new counsel would have time to prepare a witness, and to see if the topics could be streamlined based on the discovery responses.  Rocktop and Wilmington served the responses to the written discovery requests on June 17, 2021.  While they answered many of the requests in full or in part, they objected to certain portions of the requests.

In connection with discussions regarding the discovery responses, the parties began exploring a possible settlement.  They thus requested and obtained a 30 day extension to facilitate the discussions.  (*See* ECF No. 385).  Rocktop and SFR used the extended time to interview a number of real estate agents/brokers about listing and marketing the sale of the property and their initial opinions on estimated value.  Rocktop and SFR have narrowed down the list of agents/brokers to one candidate, who recommends some moderate repairs to maximize the property's estimated value.  In addition, the parties are in the middle of negotiations on a split of the anticipated proceeds of sale, which inevitably needs to factor in third party commissions and other closing costs commonly associated with buying and selling residential real estate.

As part of the closing process, other potential liens may need to be addressed and/or resolved to convey clear title to a third party.  Addressing or resolving these liens might impact the split of sales proceeds amongst the parties.  Also, the parties may not know the full extent of any liens until a title insurer issues a title policy commitment after the property is under a sale's contract.  In the interim, the parties are doing their best to investigate the status of any potential liens before the property is listed or placed under contract.

The parties believe a resolution is possible, but request a further extension of 75 days to work through these and other issues.  Selling a seven-figure property and reaching a settlement between five parties are complex endeavors.  The request is not to create undue delay, but to allow the parties to streamline the potential discovery disputes, to narrow the scope of a previously-noticed deposition, and to explore settlement of their title disputes more globally.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, the undersigned respectfully request that the Court extend discovery deadlines, including the deadlines for bringing motions concerning the pending objections to the United States' written discovery requests, as well as the dispositive motion deadline, by 75 days.

DATED August 17, 2021

Respectfully submitted,

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Janeen V. Isaacson
    J. William Ebert (Nev. Bar No. 2697)
    Janeen V. Isaacson (Nev. Bar No. 6429)
    9900 Covington Cross Dr., Ste. 120
    Las Vegas, Nevada 89144

*Counsel for Anthem Country Club Community Association*

DAVID A. HUBBERT
Acting Assistant Attorney General

By: /s/ E. Carmen Ramirez
    E. Carmen Ramirez
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Washington, DC 20044

*Counsel for the United States*

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Jory C. Garabedian
    Darren T. Brenner (Nev. Bar 8386)
    Jory C. Garabedian (Nev. Bar 10352)
    7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117
    (702) 475-7964; Fax: (702) 946-1345
    dbrenner@wrightlegal.net

*Counsel for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
    Diana S. Ebron (Nev. Bar No. 10580)
    Jacqueline Gilbert (Nev. Bar No. 10593)
    7625 Dean Martin Drive, Ste. 110
    Las Vegas, Nevada 89139

*Counsel for SFR Investments Pool 1, LLC*

**Order**

**IT IS SO ORDERED**

**DATED:** 10:29 am, August 20, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE