DAVID A. HUBBERT
Acting Assistant Attorney General

E. CARMEN RAMIREZ
TY HALASZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T:  (202) 616-2885 (Ramirez)
T:  (202) 307-6484 (Halasz)
F:  (202) 307-0054
E.Carmen.Ramirez@usdoj.gov
Ty.Halasz@usdoj.gov
Western.Taxcivil@usedoj.gov

*Counsel for the United States of America*

WRIGHT, FINLAY & ZAK, LLP

Darren T. Brenner (Nev. Bar 8386)
Jory C. Garabedian (Nev. Bar 10352)
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net

*Counsel for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

KIM GILBERT EBRON

DIANA S. EBRON (Nev. Bar 10580)
JACQUELINE GILBERT (Nev. Bar 10593)
7625 Dean Martin Drive, Ste. 110
Las Vegas, Nevada 89139
*Counsel for SFR Investments Pool 1, LLC*

LIPSON NEILSON, COLE, SELTZER & GARIN, P.C.

J. WILLIAM EBERT (Nev. Bar 2697)
JANEEN V. ISAACSON (Nev. Bar 6429)
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Counsel for Anthem Country Club Community Association*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation, | Case No. 2:17-cv-00604-RFB-BNW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BNW<br><br>**JOINT MOTION BY THE ACTIVELY LITIGATING PARTIES TO EXTEND COURT'S DEADLINES TO FACILITATE EFFORTS TO COMPROMISE AND [PROPOSED] ORDER (FOURTH JOINT REQUEST UNDER CURRENT SCHEDULING ORDER)** |

1

|  |  |
|---|---|
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; REPUBLIC SILVER STATE DISPOSAL INC., and INDEMNITY COMPANY OF CALIFORNIA, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A, | ) |
|  | ) |
| Cross-Claimants, Counter-Claimants, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | ) |
|  | ) |
| Cross-Defendants, Counter-Defendants. | ) |

The Court has permitted discovery to be re-opened for a limited purpose and set an expedited briefing schedule to resolve any discovery disputes.  The litigating parties have been discussing a settlement.  The parties are continuing to negotiate and have made progress in their settlement talks, but there are several logistical issues that must be worked through.

Therefore, Anthem Country Club Community Association ("Anthem"), SFR Investments Pool 1, LLC ("SFR"), Rocktop Partners LLC ("Rocktop") and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington", the Rocktop, "the loan holders") and the United States[1] jointly move the Court for an order extending the discovery deadline, including the deadlines for bringing discovery motions, from November 22, 2021, to December 22, 2021, and to extend the deadline dispositive motions from December 22, 2021, to January 21, 2022, i.e., 30 days for each.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On December 20, 2020, the Court ordered that discovery be re-opened, in light of new issues that arose after most discovery had closed.  (ECF No. 342 at 19.)  Discovery is currently set to close November 22, 2021.  (ECF No. 391.)  At present, the open discovery primarily concerns: 1) disputes over the loan holders' written responses to the United States' most recent discovery requests; and 2) a Rule 30(b)(6) deposition that the United States seeks to take of the loan holders.  The United States had planned to take the deposition after the written discovery responses were completed and issues resolved.  However, the United States and the loan holders were attempting to resolve discovery disputes without further motions practice.  These discussions grew into more global settlement discussions with the other litigating parties, and all

---

[1] None of the other named parties are actively litigating.

3

litigating parties believe their resources are best directed to fully exploring a resolution to the overall dispute.

There are of course many issues to be resolved in reaching a global settlement among five litigating parties, especially when the dispute centers on seven-figure property.  As the parties previously reported (ECF No. 390), they had been exploring an agreement under which the property would be sold and the proceeds allocated among them.  The loan holders and SFR used the time granted under previous extensions to interview a number of real estate agents/brokers about listing and marketing the property and their initial opinions on estimated value.  They had narrowed down the list of agents/brokers to one leading candidate, who recommended some moderate repairs to maximize the property's estimated value.  The parties had also been discussing how to allocate the sales proceeds.  They were also investigating the presence of other potential liens on the property and negotiating how such liens might be resolved, as might be required to convey clean title to a third party.

Since the prior extension was granted, SFR has continued to seek additional broker price opinions (aka "BPOs").  Due to uncertainties in the market, concerns about the price of repairs to the property, and other factors, the parties are now discussing a settlement where the property would *not* be sold to a third party, and the parties would instead settle their disputes with each other for cash payments.  Negotiations have been extended in part because one of the parties is working with a new insurance company that may ultimately be responsible for a portion of the payments, and counsel has not had prior dealings with the company.

While there is still more than a month before the discovery cutoff, the parties would need to use that time to prepare any motions regarding the discovery objections, and take the outstanding Rule 30(b)(6) deposition of the loan holders.  Preparing a representative from the loan holders and conducting a multi-party deposition are time consuming and costly enterprises, and the parties wish to spend the time focused on a resolution if at all possible.

The parties continue to believe a resolution is possible, and thus request a further extension of 30 days to work through these and other issues. The request is not to create undue delay, but to explore settlement of their title disputes more globally and, if a resolution is not possible, allow the parties to streamline the potential discovery disputes, and narrow the scope of the previously-noticed deposition.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, the undersigned respectfully request that the Court extend discovery deadlines, including the deadlines for bringing motions concerning the pending objections to the United States' written discovery requests, as well as the dispositive motion deadline, by 30 days.

DATED October 19, 2021

Respectfully submitted,

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Janeen V. Isaacson
   J. William Ebert (Nev. Bar No. 2697)
   Janeen V. Isaacson (Nev. Bar No. 6429)
   9900 Covington Cross Dr., Ste. 120
   Las Vegas, Nevada 89144

   *Counsel for Anthem Country Club Community Association*

DAVID A. HUBBERT
Acting Assistant Attorney General

By: /s/ E. Carmen Ramirez
   E. Carmen Ramirez
   Trial Attorney, Tax Division
   U.S. Department of Justice
   P.O. Box 683
   Washington, DC 20044

   *Counsel for the United States*

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Jory C. Garabedian
   Darren T. Brenner (Nev. Bar 8386)
   Jory C. Garabedian (Nev. Bar 10352)
   7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117
   (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net

   *Counsel for Rocktop Partners, LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
   Diana S. Ebron (Nev. Bar No. 10580)
   Jacqueline Gilbert (Nev. Bar No. 10593)
   7625 Dean Martin Drive, Ste. 110
   Las Vegas, Nevada 89139

   *Counsel for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Signed the 20th of October, 2021

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this October 19, 2021, via the Court's ECF system to all current parties who have appeared electronically. Defendant Leon Benzer has defaulted. However, the United States is sending this filing to his last known address. Such mailing may take two business days to complete, due to in-office staffing limitations during the present pandemic.

>
> Leon Benzer, RN # 47521-048
> United States Penitentiary
> P.O. BOX 24550
> TUCSON, AZ  85734

> */s/ E. Carmen Ramirez*
> E. CARMEN RAMIREZ
> Trial Attorney, Tax Division
> U.S. Department of Justice