1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
   E. CARMEN RAMIREZ
3  TY HALASZ
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Washington, D.C. 20044
   T: (202) 616-2885 (Ramirez)
6  T: (202) 307-6484 (Halasz)
   F: (202) 307-0054
7  E.Carmen.Ramirez@usdoj.gov
   Ty.Halasz@usdoj.gov
8  Western.Taxcivil@usdoj.gov

9  *Counsel for the United States of America*

10
                IN THE UNITED STATES DISTRICT COURT
11                 FOR THE DISTRICT OF NEVADA

12 ROCKTOP PARTNERS, LLC; and              )
   WILMINGTON SAVINGS FUND SOCIETY,        )
13 FSB, as Trustee of Stanwich Mortgage Loan )
   Trust A,                                )  Case No. 2:17-cv-00604-RFB-BNW
14                                         )  *consolidated with*
                Plaintiffs,                )  Case No. 2:17-cv-00916-KJD-BNW
15                                         )
           v.                              )  **UNOPPOSED MOTION TO STAY**
16                                         )  **DISCOVERY AND RELATED**
   SFR INVESTMENTS POOL 1, LLC, a          )  **DEADLINES IN LIGHT OF**
17 Nevada limited liability company; and   )  **CONTINUED SETTLEMENT**
   ANTHEM COUNTRY CLUB COMMUNITY,          )  **CONFERENCE**
18 ASSOCIATION, a Nevada nonprofit         )  **(First Request Based on Settlement**
   corporation,                            )  **Conference Continuance)**
19                                         )
                Defendants.                )
20 _____ )
                                           )
21 SFR INVESTMENTS POOL 1, LLC, a          )
   Nevada limited liability company,       )
22                                         )
           Counterclaimant/Crossclaimant,  )
23                                         )
           v.                              )
24                                         )
                                           )
25

|     |                                                                                                                                                                                                                                                                           |     |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
| 1   | ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; LEON BENZER, an individual; and UNITED STATES OF AMERICA,                                                                                                      | ) ) ) ) ) |
| 2   |                                                                                                                                                                                                                                                                           |     |
| 3   |                                                                                                                                                                                                                                                                           | )   |
| 4   | Cross-Defendants, Counter-Defendants.                                                                                                                                                                                                                                     | ) ) ) |
| 5   |                                                                                                                                                                                                                                                                           | )   |
| 6   | ───────────────────────────                                                                                                                                                                                                                                               | )   |
|     | UNITED STATES OF AMERICA,                                                                                                                                                                                                                                                 | )   |
| 7   | Plaintiff,                                                                                                                                                                                                                                                                | ) ) |
| 8   |                                                                                                                                                                                                                                                                           | )   |
|     | v.                                                                                                                                                                                                                                                                        | )   |
| 9   | LEON BENZER; SFR INVESTMENTS POOL 1, LLC; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; and REPUBLIC SILVER STATE DISPOSAL INC.,                                   | )   |
| 10  |                                                                                                                                                                                                                                                                           | ) ) |
| 11  |                                                                                                                                                                                                                                                                           | ) ) |
| 12  |                                                                                                                                                                                                                                                                           | ) ) |
| 13  |                                                                                                                                                                                                                                                                           | )   |
|     | Defendants.                                                                                                                                                                                                                                                               | )   |
| 14  | ───────────────────────────                                                                                                                                                                                                                                               | ) ) |
| 15  | ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A,                                                                                                                                                            | )   |
| 16  |                                                                                                                                                                                                                                                                           | ) ) |
| 17  |                                                                                                                                                                                                                                                                           | )   |
|     | Cross-Claimants, Counter-Claimants,                                                                                                                                                                                                                                       | )   |
| 18  |                                                                                                                                                                                                                                                                           | ) ) |
| 19  | v.                                                                                                                                                                                                                                                                        | ) ) |
| 20  | UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation,                                                                                         | )   |
| 21  |                                                                                                                                                                                                                                                                           | ) ) |
| 22  |                                                                                                                                                                                                                                                                           | ) ) |
| 23  | Cross-Defendants, Counter-Defendants.                                                                                                                                                                                                                                     | ) ) ) |
| 24  | ───────────────────────────                                                                                                                                                                                                                                               |     |
| 25  |                                                                                                                                                                                                                                                                           |     |

# MEMORANDUM OF POINTS AND AUTHORITIES

The Court has continued a planned scheduling conference, and stated that it would entertain requests to continue other deadlines in light of the continuance. (ECF No. 410). The settlement conference was extended from December 27, 2021 to January 31, 2022. The United States moves the Court to stay discovery and other deadlines until the conference, and set a new schedule if the conference does not resolve the dispute. The United States has consulted the other litigating parties (Anthem Country Club Community Association ("Anthem"), SFR Investments Pool 1, LLC ("SFR"), Rocktop Partners LLC ("Rocktop") and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington", with Rocktop, the "loan holders")) for consent for this relief, and they do not oppose.

At present, the open discovery primarily concerns: 1) disputes over the loan holders' written responses to the United States' most recent discovery requests; and 2) a Rule 30(b)(6) deposition that the United States seeks to take of the loan holders. The United States had planned to take the deposition after the written discovery responses were completed and issues resolved. However, the United States and the loan holders were attempting to resolve discovery disputes without further motions practice. These discussions grew into more global settlement discussions with the other litigating parties, the parties have agreed that, subject to the Court's approval, their resources are best directed to fully exploring a resolution to the overall dispute. There are of course many issues to be resolved in reaching a global settlement among five litigating parties, especially when the dispute centers on seven-figure property.

The extra time that resulted from continuing the settlement conference has had the benefit of allowing the parties to narrow certain disputes. Based on its negotiations with the other parties, the United States is optimistic that a settlement can be reached at the conference or even possibly before. It is also possible that disputes between some, but not all, of the parties can be resolved. However, there is always the possibility that a settlement cannot be reached with all

parties, so the United States makes this request in the interests of protecting its rights if a settlement fails.

WHEREFORE, the United States ask that all pre-trial deadlines be stayed until the conference that is currently set for January 31, 2022.  If a global settlement fails and the United States remains in the litigation, the United States will file a motion proposing a new schedule promptly after the conference.

DATED January 19, 2022.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ E. Carmen Ramirez*
        E. CARMEN RAMIREZ
        TY HALASZ
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C.  20044
        T:   (202) 616-2885 (Ramirez)
        T:   (202) 307-6484 (Halasz)
        F:   (202) 307-0054
        E.Carmen.Ramirez@usdoj.gov
        Ty.Halasz@usdoj.gov
        Western.Taxcivil@usdoj.gov

        *Counsel for the United States*

## **ORDER**

IT IS ORDERED that ECF No. 413 is GRANTED. IT IS FURTHER ORDERED that the parties that remain in the case must file a proposed discovery plan by February 14, 2022 if this case is not resolved at the Settlement Conference.

**IT IS SO ORDERED**

**DATED:** 1:18 pm, January 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this January 19, 2022, via the Court's ECF system to all current parties who have appeared electronically. Defendant Leon Benzer has defaulted. However, the United States is sending this filing to his last known address. Such mailing may take two business days to complete, due to in-office staffing limitations during the present pandemic.

        Leon Benzer, RN # 47521-048
        United States Penitentiary
        P.O. BOX 24550
        TUCSON, AZ  85734

                                          */s/ E. Carmen Ramirez*
                                          E. CARMEN RAMIREZ
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice