DAVID A. HUBBERT
Deputy Assistant Attorney General

E. CARMEN RAMIREZ
TY HALASZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
T: (202) 616-2885 (Ramirez)
T: (202) 307-6484 (Halasz)
F: (202) 307-0054
E.Carmen.Ramirez@usdoj.gov
Ty.Halasz@usdoj.gov
Western.Taxcivil@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Crossclaimant,<br><br>v. | Case No. 2:17-cv-00604-RFB-BNW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BNW<br><br>**CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE AND RELATED DEADLINES BY 30 DAYS (Second Request)** |

| | | |
|---|---|---|
| 1 | ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; LEON BENZER, an individual; and UNITED STATES OF AMERICA, | ) ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | Cross-Defendants, Counter-Defendants. | ) ) ) |
| 5 | | ) |
| 6 | _____ UNITED STATES OF AMERICA, | ) ) |
| 7 | | ) |
| 8 | Plaintiff, | ) ) |
| 9 | v. | ) ) |
| 10 | LEON BENZER; SFR INVESTMENTS POOL 1, LLC; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; and REPUBLIC SILVER STATE DISPOSAL INC., | ) ) ) ) ) ) ) ) |
| 11 | | |
| 12 | | |
| 13 | Defendants. | ) ) |
| 14 | _____ | ) |
| 15 | ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A, | ) ) ) ) |
| 16 | | |
| 17 | Cross-Claimants, Counter-Claimants, | ) ) ) |
| 18 | | |
| 19 | v. | ) ) |
| 20 | UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | ) ) ) ) ) ) |
| 21 | | |
| 22 | | |
| 23 | Cross-Defendants, Counter-Defendants. | ) ) |
| 24 | _____ | ) |
| 25 | | |

# MEMORANDUM OF POINTS AND AUTHORITIES

The Court has set a settlement conference for January 31, 2022. Settlement statements are currently due January 27, 2022. (*See* ECF No. 415). The parties have made considerable progress in reaching an agreement, and the undersigned trial counsel for the United States has recommended that the United States approve the agreement. In the undersigned trial attorneys' view, mediation between the parties is unlikely to be useful at this stage, given the parties' general agreement as to what the terms should be. The United States asks that the conference deadlines be continued for 30 days, i.e., until at least Monday, February 28, 2022, for the statements (because the 30 days falls on a weekend), and March 2, 2022, for conference itself. In the alternative, the Court may wish to vacate the conference for now.

The United States makes this request because the undersigned trial attorneys do not have authority to accept a settlement on the government's behalf. (*See, e.g.*, ECF 409 (describing settlement procedures)). The undersigned have been working with Department of Justice officials to resolve issues and questions and work through Department procedures, so that the appropriate official may reach a determination. The undersigned do not wish for any of the parties or the Court to have to expend further resources preparing for or participating in the settlement conference that may be unnecessary.

The United States has consulted the other litigating parties (Anthem Country Club Community Association; SFR Investments Pool 1, LLC,; Rocktop Partners LLC; and Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A), and they consent to the requested extension.

//

//

1

WHEREFORE, the United States ask that the settlement conference and related deadlines be extended at least 30 days, i.e., to no earlier than February 28, 2022, for the statements and March 2, 2022, for the conference.

DATED January 26, 2022.

>DAVID A. HUBBERT
>Deputy Assistant Attorney General
>
>*/s/ E. Carmen Ramirez*
>E. CARMEN RAMIREZ
>TY HALASZ
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 683
>Washington, D.C.  20044
>T:   (202) 616-2885 (Ramirez)
>T:   (202) 307-6484 (Halasz)
>F:   (202) 307-0054
>E.Carmen.Ramirez@usdoj.gov
>Ty.Halasz@usdoj.gov
>Western.Taxcivil@usdoj.gov
>
>*Counsel for the United States*

## ORDER

IT IS ORDERED that ECF No. 416 is GRANTED. IT IS FURTHER ORDERED that the pre-Settlement Conference Telephonic Conference set for 1/28/2022 and the Settlement Conference set for 1/31/2022 are VACATED. The Court will issue a separate Scheduling Order regarding new dates for the rescheduled Settlement Conference.

**IT IS SO ORDERED**

**DATED:** 5:34 pm, January 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this January 25, 2022, via the Court's ECF system to all current parties who have appeared electronically. Defendant Leon Benzer has defaulted. However, the United States is sending this filing to his last known address. Such mailing may take two business days to complete, due to the timing of the request in-office staffing limitations during the present pandemic.

Leon Benzer, RN # 47521-048
United States Penitentiary
P.O. BOX 24550
TUCSON, AZ  85734

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice