1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
3  E. CARMEN RAMIREZ
   TY HALASZ
4  Trial Attorneys, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Washington, D.C. 20044
6  T:  (202) 616-2885 (Ramirez)
   T:  (202) 307-6484 (Halasz)
7  F:  (202) 307-0054
   E.Carmen.Ramirez@usdoj.gov
8  Ty.Halasz@usdoj.gov
   Western.Taxcivil@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB COMMUNITY, ASSOCIATION, a Nevada nonprofit corporation,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Crossclaimant,<br><br>v. | Case No. 2:17-cv-00604-RFB-BNW<br>*consolidated with*<br>Case No. 2:17-cv-00916-KJD-BNW<br><br>**UNOPPOSED MOTION TO CONTINUE DEADLINE TO FILE FINAL SETTLEMENT MATERIALS IN LIGHT OF SUBSTANTIAL COMPLETION (First Request)** |

| | |
|---|---|
| ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; LEON BENZER, an individual; and UNITED STATES OF AMERICA, | ) ) ) ) ) |
| Cross-Defendants, Counter-Defendants. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| LEON BENZER; SFR INVESTMENTS POOL 1, LLC; ROCKTOP PARTNERS, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION; and REPUBLIC SILVER STATE DISPOSAL INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |
| ROCKTOP PARTNERS, LLC; and WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Loan Trust A, | ) ) ) ) |
| Cross-Claimants, Counter-Claimants, | ) ) |
| v. | ) |
| UNITED STATES OF AMERICA; LEON BENZER, an individual; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and ANTHEM COUNTRY CLUB ASSOCIATION, a Nevada corporation, | ) ) ) ) ) |
| Cross-Defendants, Counter-Defendants. | ) ) |

# MEMORANDUM OF POINTS AND AUTHORITIES

The litigating parties in this long-running dispute have reached two interrelated settlement agreements. The agreements are final, and the payments under the agreements have been made to the appropriate parties. The United States has instructed the IRS to record a notice of discharge concerning certain tax liens on the property at issue, and is awaiting confirmation of the recording.

The parties had previously informed the Court that they had reached a near-final agreement. On April 21, 2022, the Court directed that the parties to file settlement documents, a joint status report, and a stipulation to dismissal in 60 days. (ECF No. 424). The deadline (accounting for the June 20, 2022, holiday) is thus June 21, 2022.

The parties are awaiting confirmation that the discharge has been recorded, and do not anticipate further litigation in this matter. However, because the recording may not be complete by June 21, 2022, the United States, with the consent of and on behalf of the other parties, therefore requests that the parties have until July 29, 2022, to submit the filings referenced in the Court's April 21, 2022. The parties ask for July 29, 2022, because various counsel will be on vacation in the coming days, and wish to ensure that counsel for all parties can approve the final filings.

//
//
//
//
//
//
//
//

WHEREFORE, the United States asks that the deadlines specified in the Court's order of April 21, 2022, be extended from June 21, 2022, to July 29, 2022.

DATED June 17, 2022.

>DAVID A. HUBBERT
>Deputy Assistant Attorney General
>
>*/s/ Ty Halasz*
>E. CARMEN RAMIREZ
>TY HALASZ
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 683
>Washington, D.C.  20044
>T:   (202) 616-2885 (Ramirez)
>T:   (202) 307-6484 (Halasz)
>F:   (202) 307-0054
>E.Carmen.Ramirez@usdoj.gov
>Ty.Halasz@usdoj.gov
>Western.Taxcivil@usdoj.gov
>
>*Counsel for the United States*

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 20th day of June, 2022.

2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this June 17, 2022, via the Court's ECF system to all current parties who have appeared electronically.  Defendant Leon Benzer has defaulted.  However, the United States is sending this filing to his last known address.

    Leon Benzer, RN # 47521-048
    United States Penitentiary
    P.O. BOX 24550
    TUCSON, AZ  85734

    */s/ Ty Halasz*
    TY HALASZ
    Trial Attorney, Tax Division
    U.S. Department of Justice