UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROCKTOP PARTNERS, LLC et al., | Case No. 2:17-cv-00604-RFB-BNW |
| Plaintiffs, | Case No. 2:17-cv-00916-RFB-VCF |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company et al., | **ORDER** |
| Defendants. | |

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

    Counter-Claimant,
    Cross-Claimant,

    v.

ROCKTOP PARTNERS, LLC et al.,

    Cross-Defendants,
    Counter-Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LEON BENZER et al.,

    Defendants.

ROCKTOP PARTNERS, LLC et al.,

    Cross-Claimants,

|   |   |
|---|---|
| Counter-Claimants, | |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Cross-Defendants, Counter-Defendants. | |

Before the Court for consideration is the Stipulated Motion to Disburse Registry Funds (ECF No. 427) filed by Rocktop Partners, LLC, Wilmington Savings Fund Society, FSB, SFR Investments Pool 1 LLC ("SFR"), Anthem Country Club Community Association, and the United States of America (collectively, the "Parties").

On May 23, 2017, SFR filed and served a Demand for Security of Costs pursuant to NRS 18.130(1) (ECF No. 12). On June 16, 2017, former Plaintiff Capital One, National Association ("Capitol One") and SFR stipulated to the entry of an order for the deposit of security of costs. (ECF No. 14). On June 19, 2017, the Court granted the stipulation, permitting the deposit by Capital One of a check for $500.00 with the Clerk of the Court. (ECF No. 15). On June 21, 2017, Capital One posted the amount of $500.00 with the Clerk of Court. (ECF No. 16). This deposit is still with the Court.

On March 4, 2020, SFR was ordered to deposit all future rental proceeds for property at issue in this action with the Clerk of the Court until this litigation was resolved either through court order or settlement. (ECF No. 244).

On July 22, 2022, the parties filed this instant stipulation because of a global settlement, reflected in two settlement agreements, they entered to resolve the claims in these consolidated cases. Pursuant to those agreements, the Parties stipulated to the disbursement of the total amount held in the Court's registry in these two consolidated cases, plus any interest earned, to SFR. No objection has been filed by any party not part of the stipulation.

///
///
///
///

**IT IS THEREFORE ORDERED** that the Stipulated Motion to Disburse Registry Funds (ECF No. 427) is GRANTED.

**IT IS FURTHER ORDERED** that, as this matter is now concluded, that the Clerk of Court shall disburse $500.00, the total amount held by this Court for security costs, in connection with these consolidated cases, including any interest earned, to:

> JP Morgan Chase, Bank, NA.
> c/o Ballard Spahr LLP
> 100 N. City Parkway, Suite 1750
> Las Vegs, NV 89106.

unless a party objects to this order by no later than 10 days.

**IT IS FURTHER ORDERED** that the Clerk of Court shall disburse $76,000.00, the amount deposited to the Court registry for all future rental proceeds, in connection with these consolidated cases, including any interest earned, to:

> SFR Investments Pool 1, LLC
> 5030 Paradise Road, Suite B-214
> Las Vegas, Nevada 89119

unless a party objects to this order by no later than 10 days.

DATED: January 9, 2023.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**